# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1633 | DATE | May 30, 2008 |
| CASE TITLE | Louis Lashley (2005-004801) v. Cook County Medical Dep't. | | |

**DOCKET ENTRY TEXT:**

Plaintiff, Louis Lashley, has failed to comply with the Court's March 31, 2008 order that directed plaintiff to submit an amended complaint within 30 days. The Court forewarned plaintiff that failure to comply within 30 days would result in dismissal of this case. Having not received an amended complaint, the Court dismisses the case without prejudice. Fed. R. Civ. P. 41(b). Plaintiff's motion for the appointment of counsel [4] is denied.

Docketing to mail notices.

FILED
2008 JUN 18 AM 7:40
CLERK
U.S. DISTRICT COURT